# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMID YOUSOFI and KASEY KING, Derivatively on Behalf of FLUOR CORPORATION,<br><br>              Plaintiffs,<br><br>   v.<br><br>PETER K. BARKER, ALAN M. BENNETT, ROSEMARY T. BERKERY, ALAN BOECKMANN, DAVID E. CONSTABLE, PETER J. FLUOR, JAMES T. HACKETT, CARLOS M. HERNANDEZ, THOMAS C. LEPPERT, DEBORAH D. McWHINNEY, ARMANDO J. OLIVERA, and MATTHEW K. ROSE,<br><br>              Defendants,<br><br>   and<br><br>FLUOR CORPORATION,<br><br>              Nominal Defendant. | Civil Action No.: 1:20-cv-00499-MN |
| SINDY WEI, Derivatively on Behalf of FLUOR CORPORATION,<br><br>              Plaintiffs,<br><br>   v.<br><br>DAVID T. SEATON, CARLOS M. HERNANDEZ, BRUCE A. STANSKI, D. MICHAEL STEUERT, PETER K. BARKER, ALAN M. BENNETT, ROSEMARY T. BERKERY, ALAN BOECKMANN, DAVID E. CONSTABLE, PETER J. FLUOR, JAMES T. HACKETT, THOMAS C. LEPPERT, DEBORAH D. McWHINNEY, ARMANDO J. OLIVERA, and MATTHEW K. ROSE<br><br>              Defendants,<br><br>   and<br><br>FLUOR CORPORATION,<br><br>              Nominal Defendant. | Civil Action No.: 1:20-cv-00636-MN |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING CO-LEAD COUNSEL AND RELATED MATTERS**

WHEREAS, on April 10, 2020 stockholders Omid Yousofi and Kasey King filed a verified shareholder derivative complaint in this Court (the "Yousofi Action") against defendants Peter K. Barker, Alan M. Bennett, Rosemary T. Berkery, Alan Boeckmann, David E. Constable, Peter J. Fluor, James T. Hackett, Carlos M. Hernandez, Thomas C. Leppert, Deborah D. McWhinney, Armando J. Olivera, and Matthew K. Rose (the "Yousofi Individual Defendants") and Fluor Corporation ("Fluor" or "Nominal Defendant");

WHEREAS, on May 11, 2020, stockholder Sindy Wei (collectively with Mr. Yousofi and Ms. King, "Plaintiffs"), filed a verified shareholder derivative complaint in this Court (collectively with the Yousofi Action, the "Actions") against defendants David T. Seaton, Carlos M. Hernandez, Bruce A. Stanski, D. Michael Steuert, Peter K. Barker, Alan M. Bennett, Rosemary T. Berkery, Alan Boeckmann, David E. Constable, Peter J. Fluor, James T. Hackett, Thomas C. Leppert, Deborah D. McWhinney, Armando J. Olivera, and Matthew K. Rose (collectively with the Yousofi Individual Defendants, the "Individual Defendants") and Fluor (collectively with the Individual Defendants, the "Defendants").

WHEREAS, Plaintiffs agree that the Actions contain nearly identical factual and legal contentions, and the administration of justice would be best served by consolidating the Actions and appointing Lead Counsel and Liaison Counsel as set forth herein;

WHEREAS, without waiving any rights, arguments or defenses, including but not limited to their right to move to dismiss the Actions or to transfer venue, Defendants agree the Actions should be consolidated and take no position regarding appointment of Lead Counsel or Liaison Counsel; and

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:

1. Messrs. Seaton, Hernandez, Stanski, Steuert, Bennett, Boeckmann, Constable, Fluor, Hackett, Leppert, Olivera, and Rose, Mses. Berkery and McWhinney, and Fluor Corporation agree that their counsel shall be deemed to have accepted service of the complaint on their behalf in the Actions as of the date of this stipulation.

2. Within thirty (30) days of the date that the Court enters an order approving this Stipulation, the parties hereto will meet and confer and submit a proposed scheduling order to the Court. Defendants are not otherwise required to take any action with respect to the complaints filed in the Actions, including answering or otherwise responding.

3. The Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Action."

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE FLUOR CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Consol. C.A. No.: 1:20-cv-00499-MN |

5. The files of the Consolidated Action will be maintained in one file under Master File No. 1:20-cv-00499-MN.

6. The following law firms are designated Lead Counsel for Plaintiffs in the Consolidated Action and their firm resumes are attached hereto as Exhibits A and B respectively:

        Gainey McKenna & Egleston        Hynes & Hernandez, LLC
        501 Fifth Avenue, 19th Floor        101 Lindenwood Drive, Suite 225
        New York, NY 10017        Malvern, PA 19355
        Telephone: (212) 983-1300        Telephone: (484) 875-3116

7.     Defendants take no position on the appointment of lead counsel for Plaintiffs.

8.     Lead Counsel, in consultation with Liaison Counsel, shall represent Plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with either of Lead Counsel, in consultation with Liaison Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

9.     The following law firms are designated as Plaintiffs' Liaison Counsel in this Consolidated Action:

        O'Kelly & Ernst, LLC        deLeeuw Law LLC
        824 N. Market Street, Suite 1001A        1301 Walnut Green Road
        Wilmington, DE 19801        Wilmington, DE 19807
        Telephone: (302) 778-4000        Telephone: (302) 274-2180

10.     Plaintiffs' Liaison Counsel shall perform all tasks expected of Delaware counsel and shall be primarily responsible for communications between Plaintiffs and the Court, and Plaintiffs' filings with the Court.

11.     This Stipulation and Order shall apply to each action arising out of the same transactions and occurrences and asserting shareholder derivative claims filed in this Court or

transferred here, and Lead Counsel shall assist the Court by calling to the attention of the Court the filing or transfer of any such action, and Lead Counsel shall assure that counsel therein receive notice of this Stipulation and Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein.

IN WITNESS WHEREOF, the parties, through their undersigned counsel, have executed this Stipulation and Order as of this 12th day of June, 2020.

Respectfully submitted,

**O'KELLY & ERNST, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (# 4788)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
Telephone: (302) 778-4000
Email: rernst@oelegal.com

*Liaison Counsel for Plaintiffs Omid Yousofi and Kasey King and [Proposed] Liaison Counsel for Plaintiffs*

**GAINEY MCKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300

*Counsel for Plaintiffs Omid Yousofi and Kasey King and [Proposed] Lead Counsel for Plaintiffs*

**dELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (# 3569)
1301 Walnut Green Road
Wilmington, DE 19807

**ROSS ARONSTAM & MORITZ LLP**

*/s/ Garrett B. Moritz*
Garrett B. Moritz (# 5654)
Anne M. Steadman (# 6221)
100 S. West Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 576-1600
Email: gmoritz@ramllp.com
      asteadman@ramllp.com

**GIBSON DUNN & CRUTCHER LLP**
Mike Raiff,
2001 Ross Avenue., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Email: mraiff@gibsondunn.com

**GIBSON DUNN & CRUTCHER LLP**,
Brian M. Lutz
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8379
Email: blutz@gibsondunn.com

**GIBSON DUNN & CRUTCHER LLP**,
Lissa M. Percopo
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3770

Telephone: (302) 274-2180
Email: brad@deleeuwlaw.com

*Liaison Counsel for Plaintiff Sindy Wei and [Proposed] Liaison Counsel for Plaintiffs*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116

*Counsel for Plaintiff Sindy Wei and [Proposed] Lead Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion Passmore
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149

*Counsel for Plaintiff Sindy Wei*

Email: lpercopo@gibsondunn.com

*Counsel for Defendants*

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2020.

                                            _____
                                            THE HONORABLE MARYELLEN NOREIKA